*Apperson,* Attorney General of Virginia, for respondent.

No. 469.   FEINBERG *v.* RAILWAY EXPRESS AGENCY, INC.
Certiorari denied.   *Karl Edwin Seyfarth* for petitioner.   *Harry S. Marx* and *Charles C. Evans* for respondent.

No. 473.   ROOT ET AL., TRUSTEES, ET AL. *v.* GALMAN.
Certiorari denied.   *John E. Sheridan, Bertram Bennett* and *David Goff* for petitioners.   *Abraham E. Freedman* for respondent.

No. 402.   GREENWOOD ET AL. *v.* HOTEL & RESTAURANT EMPLOYEES INTERNATIONAL ALLIANCE & BARTENDERS INTERNATIONAL LEAGUE ET AL.
Certiorari denied.   MR. JUSTICE BLACK took no part in the consideration or decision of this application.   *Horace C. Wilkinson* for petitioners.   *Earl McBee* for respondents.

Nos. 462 and 463.   TRANSAMERICA CORPORATION ET AL. *v.* SECURITIES & EXCHANGE COMMISSION.
Certiorari denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.   *Edwin D. Steel, Jr.* for petitioners.   *Solicitor General Perlman* and *Roger S. Foster* for respondent.

No. 75, Misc.   KRELL *v.* RAGEN, WARDEN.
Certiorari denied.   Petitioner *pro se.*   *George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.